# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4059

_____

Katherine B. Warren,                              *
                                                  *
        Appellant,                                *
                                                  *
    v.                                            *   Appeal from the United States
                                                  *   District Court for the
Champion Enterprises, Inc.; Champion              *   Eastern District of Missouri.
Home Builders Company, doing                      *
business as Champion Homes of                     *      [UNPUBLISHED]
Tennessee,                                        *
                                                  *
        Appellees.                                *

_____

Submitted: October 31, 2006
    Filed: November 1, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Katherine B. Warren appeals from the district court's[1] entry of summary judgment in favor of defendants in her personal injury action. The district court held that Warren failed to raise genuine issues of material fact supporting her contention that the "unsound mind" provision of Tennessee's tolling statute excused her failure

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

to file within the one-year statute of limitations.  <u>See</u> Tenn. Code Ann. § 28-1-106. Having carefully reviewed the record de novo, <u>see</u> <u>Jacob-Mua v. Veneman</u>, 289 F.3d 517, 520 (8th Cir. 2002), we find the district court's analysis to be correct, thorough, and well-reasoned.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____